IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Joshua Palmer, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RESCHEDULING THE FINAL** |
| | ) | **PRETRIAL CONFERENCE AND JURY** |
| vs. | ) | **TRIAL** |
| | ) | |
| PetroShale (US), Inc., William Jenkins, | ) | |
| and Super Heaters of North Dakota, LLC, | ) | Case No. 1:19-cv-237 |
| | ) | |
| Defendants. | ) | |

The court held a status conference with the parties by telephone on March 3, 2021. Pursuant to it discussion with the parties, the court **ORDERS**:

1. The jury trial set for September 27, 2021, shall be rescheduled for May 2, 2022, at 9:00 AM in Bismarck before Judge Traynor. A seven (7) day trial is anticipated.

2. The final pretrial conference set for September 14, 2021, shall be rescheduled for April 18, 2022, at 9:00 AM by telephone before the magistrate judge. To participate in the conference, the parties should dial (877) 810-8415 and enter access code 8992581.

3. The parties shall submit a revised scheduling plan for the court's consideration with 14 days of this order.

Dated this 3rd day of March, 2021.

*/s/ Clare R. Hochhlater*
Clare R. Hochhalter, Magistrate Judge
United States District Court